**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 08-6142**

————————

RANDY COOPER,

           Petitioner - Appellant,

    v.

THOMAS L. MCBRIDE, Mount Olive Correctional Complex,

           Respondent - Appellee.

————————

**No. 08-6145**

————————

RANDY COOPER,

           Petitioner - Appellant,

    v.

THOMAS L. MCBRIDE, Mount Olive Correctional Complex,

           Respondent - Appellee.

————————

Appeals from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:07-cv-00203; 3:07-cv-00495)

————————

Submitted:  March 25, 2008      Decided:  March 31, 2008

————————

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Randy Cooper, Appellant Pro Se.  Robert David Goldberg, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Cooper seeks to appeal the district court's order accepting a magistrate judge's recommendation and dismissing his 28 U.S.C. § 2254 (2000) petitions as untimely filed. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the records and conclude that Cooper has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED